IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL A. ESTES, a single man, individually and as Guardian ad Litem for IE, a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, by and through the DEPARTMENT OF THE ARMY,<br><br>Defendant. | No. C07-5416 FDB<br><br>ORDER OF APPROVAL FOR:<br><br>1) APPOINTMENT OF RODNEY RAY GAL AND ACCEPTANCE OF HIS REPORT;<br>2) MINOR IE's SETTLEMENT;<br>3) ACCOUNTING & DISTRIBUTION; AND<br>4) SEAL FILE |

**THIS MATTER** having been brought before the Court on the Petition by Terry E. Lumsden, attorney for the minor plaintiff IE, the Court having reviewed same and being satisfied in the premises,

does hereby,

/ / /

*Estes v. United States of America*
*C07-5416 FDB*

- 1
H:\ORDERS\Estes Order on Petition for Approval.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 573-1644
FAX (253) 573-1744

ORDER, ADJUDGE and DECREE:

1) Rodney Ray, attorney, shall be appointed GAL and his report to the court on the proposed settlement shall be accepted;

2) Settlement of $20,000 for the minor IE is reasonable and is approved;

3) The proposed accounting in the Petition is reasonable and approved;

4) The net funds of $10,000 shall be distributed into a FDIC blocked account and distributed to the minor upon his 18th birthday of November 26, 2022 without further Order of this Court; and

5) Upon the filing of deposit receipt, the GAL Rodney Ray is discharged and, the file shall be sealed (resealed).

Dated this 16th day of April, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
LAW OFFICES OF TERRY LUMSDEN

By:\_\_\_/s/_____
Terry E. Lumsden, WSBA #5254
Attorney for Plaintiffs

*Estes v. United States of America*
C07-5416 FDB

- 2
H:\ORDERS\Estes Order on Petition for Approval.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 573-1644
FAX (253) 573-1744