**HONORABLE RONALD B. LEIGHTON**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PAUL A. ESTES, a single man, individually and as Guardian ad Litem for IE, a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, by and through the DEPARTMENT OF THE ARMY; and "JOHN DOES" 1-4;<br><br>Defendants. | No. C07-5416 FDB<br><br>**STIPULATION AND ORDER FOR APPROVAL OF SETTLEMENT FOR MINOR IE** |

COMES NOW Terry E. Lumsden, attorney for Paul Estes and for the minor plaintiff IE, attorney Rodney Ray, the Guardian ad Litem for IE and Assistant United State Attorney for the Western District of Washington, Patricia D. Gugin, attorney for defendant United States of America, and stipulate that the settlement proposed for IE is $20,000. The parties also stipulate that the settlement documents shall be sealed.

DATED this 15th day of April, 2009.

| /s/ | /s/ |
|---|---|
| PATRICIA D. GUGIN, PABA #54927 | TERRY E. LUMSDEN, WSBA # 5254 |
| Attorney for the Defendant | Attorney for Plaintiff Paul Estes and IE |
| Assistant United States Attorney | Law Offices of Terry E. Lumsden |
| 1201 Pacific Avenue, Suite 700 | 3517 6th Avenue, Suite 200 |
| Tacoma, Washington 98402 | Tacoma, Washington 98406 |
| Telephone: (253) 428-3832 | Telephone: (253) 537-4424 |
| Fax: (253) 428-3826 | Fax: (253) 573-1744 |
| Email: pat.gugin@usdoj.gov | Email: telumsden@aol.com |

*Estes v. United States of America, et al.*
*C07-5416 FDB*

Stipulation and Order for Approval of Settlement
for Minor - 1

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

_____/s/_____
RODNEY RAY, WSBA #7446
Guardian ad Litem for IE
Margullis, Luedtke & Ray
2601 N. Alder Street
Tacoma, WA 98407
Telephone: (253) 752-2251
Fax: (253) 752-1071
Email: roray@mlr-law.com

## **ORDER**

THIS STIPULATION, having been brought on before the undersigned Judge of the above-entitled Court, the Court being fully advised, does hereby, pursuant to the foregoing Stipulation,

ORDER, ADJUDGE, and DECREE that the settlement amount to the minor, IE is $20,000. The Court shall separately review the proposed accounting, distribution and closing of IE's claim.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Estes v. United States of America, et al.*
C07-5416 FDB

Stipulation and Order for Approval of Settlement
for Minor - 2

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

FURTHER, the final documents regarding the minor IE settlement shall be sealed.

DATED this 16th day of April, 2009.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____  _____/s/_____
TERRY E. LUMSDEN, WSBA # 5254        PATRICIA D. GUGIN, PABA #54927
Attorney for Plaintiff               Attorney for the Defendant
Law Offices of Terry E. Lumsden      Assistant United States Attorney
3517 6th Avenue, Suite 200           1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406             Tacoma, Washington 98402
Telephone:  (253) 537-4424           Telephone:  (253) 428-3832
Fax:        (253) 573-1744           Fax:        (253) 428-3826
Email: telumsden@aol.com             Email: pat.gugin@usdoj.gov

_____/s/_____
RODNEY RAY, WSBA #7446
Guardian ad Litem for IE
Margullis, Luedtke & Ray
2601 N. Alder Street
Tacoma, WA 98407
Telephone: (253) 752-2251
Fax:       (253) 752-1071
Email: roray@mlr-law.com

*Estes v. United States of America, et al.*
C07-5416 FDB

Stipulation and Order for Approval of Settlement
for Minor - 3

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744